CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 0 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| LINDA WRIGHT-THOMPSON, | ) | Civil Action No. 7:09cv00362 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN E. POTTER, | ) | |
| Postmaster General, | ) | |
| United States Postal Service, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion filed on this day it is

**ORDERED** and **ADJUDGED** that the defendant's motion for summary judgment is **GRANTED** as to the plaintiff's claims of age and race discrimination and **DENIED** as to the plaintiff's claims of gender discrimination.

Enter: This 20th day of August, 2010.

United States District Judge